IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Loretta L. Thomas,                      Case No. 3:17 CV 1808

             Plaintiff,               <u>DISMISSAL ORDER</u>

      -vs-                        JUDGE JACK ZOUHARY

Federal Insurance Company,

             Defendant.

A Settlement Conference held on December 4, 2017 before Magistrate Judge David Ruiz resulted in a settlement which was read and approved on the record (Court Reporter: Angela Nixon).

Therefore, the docket is marked: "Settled and dismissed without prejudice. Each party is to bear its own costs."

Further, any subsequent Dismissal with prejudice, or setting forth specific settlement terms and conditions, filed within thirty (30) days shall supersede this Order. This Court also retains jurisdiction to enforce the terms of the settlement.

IT IS SO ORDERED.

                                                                  s/ *Jack Zouhary*
                                                                  JACK ZOUHARY
                                                                  U. S. DISTRICT JUDGE

                                                                  December 7, 2017